IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDA YONKER,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security;<br><br>    Defendant. | 8:25CV343<br><br><br>**ORDER** |

    This matter is before the Court on plaintiff Brenda Yonker's ("Yonker") Application to Proceed in District Court Without Prepaying Costs or Fees (Filing No. 2). *See* 28 U.S.C. § 1915(a)(1) (allowing the Court to "authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor"). On May 12, 2025, Yonker sued Frank Bisignano—the Commissioner of Social Security—challenging the denial of her request for disability benefits (Filing No. 1). *See* 42 U.S.C. § 405(g) (providing for judicial review of final decisions of the Commissioner of Social Security). Yonker attests that she is "unable to pay the costs of these proceedings" and requests relief.

    Based on Yonker's sworn description of her financial situation, including her household's income, savings, and living expenses, the Court agrees that she is entitled to such relief. Her application to proceed without prepaying costs or fees is therefore granted.

    Dated this 19th day of May 2025.

                        BY THE COURT:

                        Robert F. Rossiter, Jr.
                        Chief United States District Judge