## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

BRENDA YONKER,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of
Social Security,

Defendant.

**8:25CV343**

**JUDGMENT**

In accordance with the Order entered today (Filing No. 21), judgment is entered in favor of plaintiff Brenda Yonker and against defendant Frank Bisignano, Commissioner of Social Security, in the amount of $3,613.26 in attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Dated this 18th day of December 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge